UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WYATT and DIANA WYATT,<br><br>       Plaintiffs,<br><br>   v.<br><br>LIFE INSTRUMENT,<br><br>       Defendant. | NO. 2:10-cv-2607 FCD CMK<br><br>**ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |

----oo0oo----

    1.   The hearing on Defendant's Motion for Summary Judgment (Docket No. 14), is CONTINUED to April 29, 2011, at 10:00 a.m. Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than April 15, 2011.  The defendant may file and serve a reply on or before April 22, 2011.

    2.   Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

    3.   Plaintiffs' counsel shall file his response to the order to show cause on or before April 15, 2011.

1    4.   A hearing on the order to show cause, if necessary,
2 will follow the hearing on the motion.
3    IT IS SO ORDERED.
4 DATED: March 28, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2