UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WYATT, and DIANA WYATT,<br><br>          Plaintiffs,<br><br>     v.<br><br>LIFE INSTRUMENT,<br><br>          Defendant. | NO. 2:10-cv-2607 FCD CMK<br><br>**ORDER FOR SANCTIONS AND<br>FURTHER ORDER TO SHOW CAUSE** |

----oo0oo----

On March 28, 2011, plaintiffs' counsel was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c). The court ordered counsel to file his response to the Order to Show Cause on or before April 15, 2011. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

/ / /

1. Plaintiffs' counsel, Mr. David L. Edwards, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on March 28, 2011. The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2. Plaintiffs' counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiffs' case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before April 29, 2011.

3. The hearing on defendant's Motion for Summary Judgment (Docket #14) currently set for April 29, 2011 is VACATED and RESET for May 13, 2011 at 10:00 a.m. in Courtroom #2.

**IT IS SO ORDERED.**

DATED: April 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE