UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WYATT and DIANA WYATT,<br><br>      Plaintiffs,<br><br>  v.<br><br>LIFE INSTRUMENT,<br><br>      Defendant. | NO. 2:10-cv-2607 FCD CMK<br><br>**ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |

----oo0oo----

    1.    The hearing on Defendant's Motion for Sanctions (Docket No. 22), is CONTINUED to July 8, 2011, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than June 24, 2011.  The defendant may file and serve a reply on or before July 1, 2011.

    2.    Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

    3.    Plaintiffs' counsel shall file his response to the order to show cause on or before June 24, 2011.

   4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

   IT IS SO ORDERED.

DATED: June 14, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE